No. 2727. BOOKER *v.* SMITH. November Term, 1890. Motion under rule XI., on the call of the cause, to dismiss an appeal as the points and authorities had not been filed, as required by rule VIII. Motion granted PER CURIAM January 8, 1891. *Graydon & Graydon*, for the motion.